## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.  Jose Guido-Ruiz                          No.  08cr515-LAB

HON.  Louisa S. Porter              Tape No.  POR08-1:11:08-11:12 (2m)

Asst. U.S. Attorney  Fred Sheppard          PTSO

|       |                  |   |     |     |     |            | #   | Status |
|-------|------------------|---|-----|-----|-----|------------|-----|--------|
| Atty  | Michael Messina  | X | Apt | Ret | for | Guido-Ruiz | (1) | (C)    |
|       |                  |   | Apt | Ret | for |            | ( ) | ( )    |
|       |                  |   | Apt | Ret | for |            | ( ) | ( )    |
|       |                  |   | Apt | Ret | for |            | ( ) | ( )    |
|       |                  |   | Apt | Ret | for |            | ( ) | ( )    |
|       |                  |   | Apt | Ret | for |            | ( ) | ( )    |

___ Apt for Material Witness(es)

PROCEEDINGS:        ___ In Chambers    X  In Court    ___ By Telephone

Government's oral motion to dismiss as to Jose Guido-Ruiz - Granted w/out prejudice.
Abstract issued to USM.

Date   March 12, 2008                           R. F. Messig
                                                Deputy's Initials