# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER  08CR 515 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
|  | ) | Booking No. _____ |
| JOSE GUIDO-RUIZ | ) |  |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3/13/08__ the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__✓__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__✓__ Other. Dft. to Remain in Custody on 08CR 623-LAB

LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by [signature]
Deputy Clerk

Received _____
    DUSM

Crim-9  (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY