UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 MAR 17 PM 1:51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ⎯⎯⎯⎯ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Jose Guido-Ruiz,

        Defendant.

CASE NO. 08cr515-LAB

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case(08cr623-LAB) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: March 12, 2008

Louisa S. Porter
UNITED STATES DISTRICT JUDGE

ENTERED ON ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯